# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG DISPLAY CO., LTD., <br><br> Defendants. | Case No. 2:19-cv-00252-JRG-RSP (LEAD CASE) <br><br> **JURY TRIAL DEMANDED** |
| ULTRAVISION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BARCO NV, <br><br> Defendant. | Case No. 2:19-cv-00253-JRG-RSP (CONSOLIDATED CASE) <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND DEADLINE FOR
## SUBMISSION OF PROPOSED DOCKET CONTROL AND DISCOVERY ORDERS

Plaintiff Ultravision Technologies, LLC ("Ultravision") and defendants Samsung Electronics Co., Ltd. and Samsung Display Co., Ltd. (collectively, "the Samsung Defendants") and Barco NV ("Barco") (collectively, "Defendants") hereby jointly move to extend the deadline for the submission of proposed Docket Control and Discovery Orders by one week from February 11, 2020 to February 18, 2020. The parties do not anticipate that any other deadline in this case will be impacted by this extension.

The parties submit that good cause for this extension exists for the following reasons:

- On December 6, 2019, the Court severed from *Ultravision Technologies, LLC v. Yaham Optoelectronics Co., Ltd.*, Case No. 2:18-cv-00118 (consolidated into *Ultravision Technologies, LLC v. GoVision, LLC*, Case No. 2:18-cv-00100), the claims and counterclaims relating to Ultravision's lighting patent portfolio.[1] *See* Case No. 2:18-cv-100, Dkt. 183. This resulted in the creation of a new action styled *Ultravision Technologies, LLC v. Yaham Optoelectronics Co., Ltd.*, Case No. 2:19-cv-00398 ("the Yaham Lighting case").

- On December 19, 2019, the Court consolidated *Ultravision Technologies, LLC v. Samsung Electronics Co., Ltd. and Samsung Display Co., Ltd.*, Case No. 2:19-cv-00252 ("the Samsung Case") with *Ultravision Technologies, LLC v. Barco NV*, Case No. 2:19-cv-00253 ("the Barco Case"). *See* Case No. 2:19-cv-00252, Dkt. 26. The Samsung and Barco Cases relate predominately to Ultravision's display patent portfolio.[2]

- On January 31, 2020, the Court consolidated the Yaham Lighting Case with the Samsung and Barco Cases. *See* Case No. 2:19-cv-00252, Dkt. 40.

- Also on January 31, 2020, Ultravision and Yaham Optoelectronics Co., Ltd. ("Yaham") jointly moved the Court to de-consolidate the Yaham Lighting Case from the Samsung and Barco Cases and to instead consolidate it with *Ultravision Technologies, LLC v. Holophane Europe Ltd.*, Case No. 2:19-cv-00251 ("the Holophane Case"), which also relates to Ultravision's lighting patent portfolio. *See* Case No. 2:19-cv-00252, Dkt. 41 ("Reconsolidation Motion").

---

[1] A counterclaim for federal false advertising was also severed.

[2] The Samsung case includes one patent from Ultravision's LED lighting portfolio.

- On February 10, 2020, the Court granted-in-part the Reconsolidation Motion, ordering that the Yaham Lighting Case be de-consolidated from the Samsung and Barco Cases. *See* Case No. 2:19-cv-00252, Dkt. 43.

- The Court's decision de-consolidating the Yaham Lighting Case from the Samsung and Barco Cases has a significant impact on the parties' proposed Docket Control and Discovery Orders.

Accordingly, the parties respectfully request the Court extend the deadline for the submission of proposed Docket Control and Discovery Orders by one week from February 11, 2020 to February 18, 2020 to allow the parties time to take the Court's decision de-consolidating the Yaham Lighting Case from the Samsung and Barco Cases into account when preparing the proposed Docket Control and Discovery Orders.

Dated: February 10, 2020

Respectfully submitted,

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Lawrence C. Drucker
NY Bar No. 2303089
Email: ldrucker@brownrudnick.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@brownrudnick.com
Timothy J. Rousseau
NY Bar No. 4698742
Email: trousseau@brownrudnick.com
Daniel J. Shea
NY Bar No. 5430558
Email: dshea@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Samuel F. Baxter

Texas Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF
ULTRAVISION TECHNOLOGIES, LLC***

*/s/ Melissa R. Smith (with permission)*
Melissa R. Smith
**GILLAM & SMITH, LLP**
TX State Bar No. 24001351
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Samuel L. Brenner
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7500
Facsimile: (617) 951-7050
Samuel.Brenner@ropesgray.com

Steve Pepe
Alexander Middleton
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Steven.Pepe@ropesgray.com
Alexander.Middleton@ropesgray.com

David S. Chun
**ROPES & GRAY LLP**
1900 University Avenue
East Palo Alto, CA 94303-2284

Tel: 650-617-4000
Fax: 650-617-4090
David.Chun@ropesgray.com

Allen S. Cross
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
Allen.Cross@ropesgray.com

*ATTORNEYS FOR DEFENDANTS*
*SAMSUNG ELECTRONICS CO., LTD. AND*
*SAMSUNG DISPLAY CO., LTD.*

*/s/ Eric C. Rusnak (with permission)*
Eric C. Rusnak (DC Bar 491254)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 17th Street, NW
Washington, DC 20036
Telephone (202) 663-8000
Facsimile (202) 663-8007
eric.rusnak@pillsburylaw.com

Ranjini Acharya, *pro hac vice*
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2550 Hanover Street
Palo Alto, CA 94304
Telephone (650) 233-4500
Facsimile: (650) 233-4545
ranjini.acharya@pillsburylaw.com

*COUNSEL FOR DEFENDANT BARCO, NV*

## **CERTIFICATE OF SERVICE**

  The undersigned counsel hereby certifies that on February 10, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                 */s/  Alfred R. Fabricant*
                 Alfred R. Fabricant